## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:05MJ3048** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EDUARDO GUZMAN-FLORES** | ) | **ORDER** |
| **a.k.a. DALILO ALCONINI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     **IT IS ORDERED** that the clerk of the court shall disburse the $1,000.00 cash bond, issued on 09/28/2005 in the U.S. District Court, District of Nebraska, bond receipt number 407315, to the U.S. District Court, Central District of California, 312 North Spring Street, Room #G-8, Los Angeles, California 90012-4701.

     DATED this 24th day of July, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge